## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
|     JANICE L. DAVIS, | ) | **Case No.: 16-bk-33409-SHB** |
| | ) | **Chapter 7** |
|           Debtor. | ) | |
| | ) | |
|     JOHN P. NEWTON, | ) | |
|       CHAPTER 7 TRUSTEE | ) | |
|           Plaintiff, | ) | |
| vs. | ) | **Adv Proc. No.: 17-ap-3007-SHB** |
| | ) | |
|     METAL CRAFT FABRICATION | ) | |
|       AND SALES, LLC. | ) | |
| | ) | |
|         Defendant. | ) | |
| | ) | |

## WRITTEN REPORT, RULE 26(f)

Come the parties and advise the Court that they have met by telephone and report as follows:

1. The Plaintiff asserts claims pursuant to 28 U.S.C. § 157(b)(2), 157(c)(1) and/or (2) and under the provisions of 11 U.S.C. § 547(b) and/ or 548(a)(1).

2. An Answer to the Complaint was filed on May 4, 2017.

3. The Defendant denies that the Plaintiff is entitled to any relief as related to the Complaint under 11 U.S.C. § 547(b) and/or 548(a)(1).

4. The parties do not propose or anticipate the need for changes to (a) timing, form, or requirement for disclosures under Rule 26(a) of the Federal rules of Civil Procedure other than those set out herein; or (b) the limitations on discovery imposed under the Federal Rules of civil Procedure, or the Local Rules of Court

for the Eastern District of Tennessee.

5.  The parties do not presently anticipate the need for a Protective Order during

discovery or foresee any issues with respect to claims of privilege.

6.  The Rule 26(a)(1) disclosures will be exchanged by July 7, 2017.

7.  The parties agree that Discovery will be complete by September 29, 2017.

8.  All Dispositive Motions shall be filed by October 16, 2017.

9.  The parties will be ready for trial after November 15, 2017.

10. The prospect of settling is fair.

**DATED** this **31**ˢᵗ day of **May, 2017**

**/s/** John P. Newton, BPR #010817
/s/ Richard M. Mayer, BPR # 005534
LAW OFFICES OF MAYER & NEWTON
Attorneys for Plaintiff
1111 Northshore Drive, Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111 Telephone

/s/ Ryan E. Jarrard, BPR # 024525
Ryan E. Jarrard, Esquire
Quist, Fitzpatrick & Jarrard, PLLC
Attorneys for Defendant
2121 First TN Plaza
Knoxville, TN  37929-971